IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SERGIO VILLALPANDO,
    Plaintiff(s),

vs.                                  CIV-08-2130-LKK-GGH

CITRUS HEIGHTS POLICE DEPARTMENT, et al.,

    Defendant(s).

    Defendants.                          ORDER

_____/

    Defendants' motion to compel discovery and for sanctions presently is calendared for hearing on June 25, 2009. Plaintiff has not filed an opposition. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. <u>See</u> E.D. Cal. L.R. 78-230(h).

\\\\\

\\\\\

\\\\\

\\\\\

1

Accordingly, IT IS ORDERED that:

1. The June 25, 2009 hearing on the motion to compel and for sanctions, filed June 2, 2009, is vacated; and

2. The motion is submitted on the record.

DATED: June 22, 2009

/s/ Gregory G. Hollows

U. S. MAGISTRATE JUDGE

GGH:076:Villalpando2130.vac.wpd