UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SERGIO VILLALPANDO,

                NO. CIV. S-08-2130 LKK/GGH

    Plaintiff,

    v.

CITRUS HEIGHTS POLICE DEPARTMENT, OFFICER CULVER, OFFICER MICHAEL LEE, and CITY OF CITRUS HEIGHTS,

                <u>O R D E R</u>

    Defendants.

_____/

    On January 1, 2010, this court issued a tentative pretrial order in the above-captioned matter. (Dkt. No. 33). Defendants have filed timely objections to that order.

    Defendants object to plaintiffs' request for relief, specifically, to the claim that damages include costs incurred in defending a related criminal action. This objection may be raised in a motion in limine, and will be addressed at that time.

    Defendants also seek to amend their witness list to call plaintiffs' counsel, to be called in the event that the above

1

objection is overruled. While defendants' right to call plaintiffs' attorney is, to say the least, questionable, the court will amend the witness list, and then revisit the matter in connection with the motions in limine. The request to amend the witness list is granted.

    The court will separately issue a final pretrial order reflecting these changes.

    IT IS SO ORDERED.

    DATED: February 25, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2