IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SERGIO VILLALPANDO,

      Plaintiff,  NO. CIV S-08-2130 LKK KJN

    vs.  ORDER

CITRUS HEIGHTS POLICE DEPT., et al.,

      Defendants.
_____/

      The parties met in settlement conference on April 9, 2010, before the undersigned. Appearances were placed on the record. The only defendants remaining in this case, Officer Nathan Culver and Officer Michael Lee were represented by counsel, as was plaintiff.

      This case settled at conference, and the settlement was placed on the record. All previously scheduled dates in this case are vacated. Dispositional documents are due within thirty days of today's date, and the inclusive, agreed settlement amount shall be paid to plaintff, through his counsel, by that time as well.

DATED: 04/09/2010

                /s/ Gregory G. Hollows
                _____
                UNITED STATES MAGISTRATE JUDGE

GGH:gh:035
villalpando.sett

1