```
                Law Offices of
1              TONON & ASSOCIATES
                Post Office Box 2536
2              Truckee, California 96160
                   Tel. (530) 587-0333
3                  Fax. (530) 587-1545
   Gayle K. Tonon, Esq. (SBN 110427)
4
   Attorneys for Defendants: Officer Nathan
5  Culver and Officer Michael Lee
```

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO VILLALPANDO, | Case No. 2:08-cv-02130-LKK-KJN |
| Plaintiff, | **STIPULATION OF DISMISSAL; ORDER THEREON** |
| vs. | |
| CITRUS HEIGHTS POLICE DEPARTMENT, OFFICER CULVER, OFFICER MICHAEL LEE, and CITY OF CITRUS HEIGHTS, | COMPLAINT FILED: 09/09/2008<br>TRIAL DATE: 04/27/2010 |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: April 26, 2010         **ORTIZ LAW OFFICE**

                              By: __/s/Jesse S. Ortiz, III_____
                                  JESSE S. ORTIZ, III, ESQ.
                                  Attorney for Plaintiff,
                                  SERGIO VILLALPANDO

///

///

---

-1-

STIPULATION OF DISMISSAL; ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

```
 1  Dated: April 28, 2010                TONON & ASSOCIATES
 2
 3                                       By: _/s/Gayle K. Tonon_____
 4                                           GAYLE K. TONON, ESQ.
                                             Attorney for Defendants,
 5                                           OFFICER NATHAN CULVER, and
                                             OFFICER MICHAEL LEE
 6
 7
 8  IT IS SO ORDERED.
 9
10  DATED: April 30, 2010.
11
12
13                              _____
14                              LAWRENCE K. KARLTON
                                SENIOR JUDGE
15                              UNITED STATES DISTRICT COURT
```

(CCH8002)P041210.StipDismissal

-2-
STIPULATION OF DISMISSAL; ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com